UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARBIN JEOBANY FUENTES GARCIA,

               Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

               Respondents.

No. 1:26-cv-04002-DJC-CKD

ORDER

A# 213-113-350

Petitioner Marbin Jeobany Fuentes Garcia is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1). The Court has previously addressed the legal issues raised in the Petition. *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

Pursuant to 28 U.S.C. § 2243, the Court directed Respondents to file a return showing cause why the Court should not grant a writ of habeas corpus and identify any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 6.) Respondents argue that this case is distinguishable because he was

1

previously granted voluntary departure and because Petitioner was taken into ICE custody in connection with state criminal charges.  (ECF No. 7 at 4.)  Respondents do not explain why Petitioner's prior voluntary departure should affect the Court's analysis.  Petitioner's transfer from local custody also does not alter the fact that he is entitled to a bond hearing, though it does justify giving Petitioner a prompt post-detention hearing.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in those prior orders.

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Marbin Jeobany Fuentes Garcia a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

Respondents shall file a status report within five (5) days of Petitioner's bond hearing, confirming a bond hearing was conducted.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **June 1, 2026**

_____
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE